**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:        In re The State of Texas, *ex rel.* Kim Ogg, Harris County District Attorney

Appellate case number:     01-20-00612-CR
01-20-00617-CR

Trial court case number:    1680890
1680898

Trial court:                 228th District Court of Harris County

On September 1, 2020, relator, the State of Texas, *ex rel.* Kim Ogg, Harris County District Attorney, filed a petition for writ of mandamus challenging an oral order of the trial court made during an August 31, 2020 hearing, in which respondent adopted a prior order by visiting judge, the Honorable Leslie Yates, granting real party in interest, Thomas Wood's, motion to compel production of an investigative report pursuant to Article 39.14 of the Texas Code of Criminal Procedure.

The trial court's discovery order requires relator to produce the investigative report on or before Friday, September 4, 2020. In conjunction with its petition for writ of mandamus, relator also filed an "Emergency Motion for Temporary Relief to Stay Proceedings" in trial court cause numbers 1680890 and 1680898.

Relator's motion for emergency relief is **granted**. Enforcement of the trial court's discovery order requiring production of the investigative report on or before Friday, September 4, 2020 is **stayed**. The stay is effective until disposition of relator's petition for a writ of mandamus or further order of this Court.

The Court requests a response to the petition for a writ of mandamus from real parties in interest. The response if any, is due no later than twenty days from the date of this order.

It is so ORDERED.

Judge's signature:  ___/s/ Terry Adams_____

                           ☑ Acting individually    ☐ Acting for the Court

Date:  __September 1, 2020_____